Pro Se 4 (Rev. 09/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA

| | |
|---|---|
| MARK JULIAN <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> CLAIR Singleton <br> EXLITES HOLDINGS INTERNATIONAL INC. <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:16 cv 2774 T36 AEP <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☐ Yes ☒ No <br><br> 2016 SEP 29 AM 10:40  FILED |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MARK JULIAN |
   | Street Address | 10232 WORTHY LAMB WAY |
   | City and County | NEW PORT RICHEY, PASCO COUNTY |
   | State and Zip Code | FL 34654 |
   | Telephone Number | 727-641-9399 |
   | E-mail Address | |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

TPA-39402
$400

Page 1 of 5

Pro Se 4 (Rev. 09/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: EXLITES HOLDINGS INTERNATIONAL INC
- Job or Title *(if known)*:
- Street Address: 4801 LANG AVE NE, STE 110
- City and County: ALBUQUERQUE, BERNALILLO COUNTY
- State and Zip Code: NM 87109
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: CLAIRE SINGLETON
- Job or Title *(if known)*:
- Street Address: 10 WEST BROADWAY APT 605
- City and County: SALT LAKE CITY, SALT LAKE COUNTY
- State and Zip Code: UT, 84101
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 4 (Rev. 09/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* MARK JULIAN, is a citizen of the State of *(name)* FLORIDA.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* CLAIRE SINGLETON, is a citizen of the State of *(name)* UTAH. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* EXLITES HOLDINGS INTERNATIONAL, is incorporated under the laws of the State of *(name)* NEW MEXICO, and has its principal place of business in the State of *(name)* NEW MEXICO. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damages exceed $75,000.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Mark Julian, and the defendant, *(name)* Exlites Holdings International Inc (EXHI), made an agreement or contract on *(date)* 12/28/2014. The agreement or contract was *(oral or written)* written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

On December 28, 2014 EXHI instituted an agreement with Julian (Exhibit A) and the board authorized Julian to receive one hundred and fifty million (150,000,000) common shares and one hundred thousand dollar Note Payable for cash ($100,000) "in the event there is a threatened, perceived or real change in the board of directors without the consent of Julian." Singleton sent a notice of shareholders meeting to change the board of directors without Julian's consent, therefore triggering EXHI's issuance of one hundred and fifty million shares and one hundred thousand dollar payment. (Exhibit A 1 of 5)

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

EXHI failed to issue the one hundred and fifty million (150,000,000)"immediately as per the agreement. therefore Julian has filed suit.    EXHI has breached the agreement and Julian has been damaged by EXHI because he has not received his rightful property.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Julian seeks the courts order to have EXHI issue one hundred and fifty million shares (150,000,000 to Julian and enter a monetary judgement against EXHI for one hundred thousand dollars ($100,000)

Pro Se 4 (Rev. 09/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/28/2016

Signature of Plaintiff

Printed Name of Plaintiff    Mark Julian

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address